Cameron County has a population of 81,227 inhabitants according to the 1940 Federal Census. Article 3912e, Section 13, Vernon's Annotated Civil Statutes, reads in part as follows:

"Sec. 13. The Commissioners' Court in counties having a population of twenty thousand (20,000) inhabitants or more, and less than one hundred and ninety thousand (190,000) inhabitants according to the last preceding Federal Census, is hereby authorized and it shall be its duty to fix the salaries of all the following named officers, to-wit: sheriff, assessor and collector of taxes, county judge, county attorney, including criminal district attorneys and county attorneys who perform the duties of district attorneys, district clerk, county clerk, treasurer, hide and animal inspector. Each of said officers shall be paid in money an annual salary in twelve (12) equal installments of not less than the total sum earned as compensation by him in his official capacity for the fiscal year 1935, and not more than the maximum amount allowed such officer under laws existing on August 24, 1935; . . . ."

Under the facts stated in your letter the inspector of hides and animals of Cameron County collected inspection fees amounting to $1,680.00. Since the officers' salary law became effective, the inspector of hides and animals of said county has been paid an annual salary of $1,680.00, which amounts to $140.00 per month. On March 9, 1942, the Commissioners' Court of Cameron County passed an order fixing the salary of said inspector at $1.00 per year, effective January, 1943. It is our opinion, in view of the applicable provisions of Article 3912e, Vernon's Annotated Civil Statutes, the above mentioned order of the Commissioners' Court is void and of no effect.

In the case of Nacogdoches County v. Winder, (Beaumont Ct. Civ. App.) 140 S. W. (2d) 972 (writ refused), referring to Section 13 of Article 3912e and Article 3891, Vernon's Annotated Civil Statutes, it was said:

"Under these statutes the salary of the County Clerk of Nacogdoches County was governed

by the minimum of salary earned in 1935, and
a maximum salary of $3,500.00."

In view of the foregoing, you are respectfully ad-
vised that it is the opinion of this department that the
Commissioners' Court of Cameron County has no authority to
fix the salary of the inspector of hides and animals of
said county at any amount less than $1,680,000 per year. It
will be noted that Section 13 of Article 3912e, supra, ex-
pressly provides that the salaries of the officers named
therein shall be paid in twelve equal installments. As the
annual salary of the inspector of hides and animals of
Cameron County is $1,680.00, the monthly salary would be
$140.00.

Trusting that the foregoing fully answers your
inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By              (signed)
                Ardell Williams
                Assistant

AW:GO

APPROVED AUG 17, 1942              APPROVED
Grover Sellers (s)                 OPINION
FIRST ASSISTANT                    COMMITTEE
ATTORNEY GENERAL                   BY BWF
                                   CHAIRMAN